IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IVERSON WYNN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-16955 |
| | ) | |
| v. | ) | Honorable Robert W. Gettleman |
| | ) | |
| SIDNEY BUTLER, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**NOMINAL DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

Nominal Defendant, Sidney Butler, by and through his attorney Kwame Raoul, Attorney General of the State of Illinois, pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, hereby answer Plaintiff's Amended Complaint as follows:

**GENERAL DENIAL**

In its merit review of Plaintiff's Amended Complaint under 28 U.S.C. § 1915(A), the Court found that Plaintiff did not state a claim against Defendant Butler. (ECF No. 14). As such, no response to the allegations is required.[1]

**RELIEF REQUESTED**

1. Defendant denies that Plaintiff is entitled to compensatory damages.

2. Defendant denies that Plaintiff is entitled to punitive damages.

3. Defendant denies that Plaintiff is entitled to any other relief.

---

[1] Sidney Butler remains in this case as the nominal Defendant for the limited purpose of assisting Plaintiff with identifying John Does. (ECF No. 14, P. 4.)

1

## AFFIRMATIVE DEFENSES

**First Affirmative Defense:** To the extent that Plaintiff failed to fully and properly exhaust his administrative remedies that were available to him prior to filing this lawsuit, his claims are barred by the Prison Litigation and Relief Act, 42 U.S.C. § 1997e(a).

**Second Affirmative Defense**: To the extent that Plaintiff is suing any Defendant for actions of a subordinate in which Defendant was not directly involved, such claims are barred because the doctrine of respondeat superior is not a basis for liability under 42 U.S.C. § 1983. *See Gentry v. Duckworth*, 65 F.3d 555, 561 (7th Cir. 1995).

## JURY DEMAND

Defendant demands a trial by jury on all triable issues herein.

WHEREFORE, Defendant requests that this Honorable Court enter judgment against Plaintiff.

DATED: September 17, 2024                                    Respectfully Submitted,

KWAME RAOUL                                                  */s/ Thomas Pietryla*
Attorney General of Illinois                                 Thomas Pietryla
                                                             Assistant Attorney General
                                                             Office of the Illinois Attorney General
                                                             115 S. LaSalle Street
                                                             Chicago, Illinois 60603
                                                             (217) 720-9690 (tel)
                                                             thomas.pietryla@ilag.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 17, 2024, I electronically filed the foregoing *Nominal Defendant's Answer and Affirmative Defenses to Plaintiff's Amended Complaint*, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

N/A

and I hereby certify that on that same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant:

Iverson Wynn R-43733
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

                                                     Respectfully submitted,

                                        By:     /s/ *Thomas Pietryla*

KWAME RAOUL                             Thomas Pietryla
Attorney General of Illinois               Assistant Attorney General
                                              115 South LaSalle Street
                                              Chicago, Illinois 60603
                                              (217) 720-9690
                                              thomas.pietryla@ilag.gov